**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JEREMY DEWAYNE FOSTER                    CIVIL ACTION NO. 25-0634
#609509

VERSUS                                   JUDGE ALEXANDER C. VAN HOOK

MICHELE DAUZAT                           MAGISTRATE JUDGE PEREZ-MONTES

## **JUDGMENT**

Pending before the Court is a Report and Recommendation, Record Document 10, to deny the Petitioner's Petition for Writ of Habeas Corpus, Record Document 1. The Magistrate Judge correctly decided that the Petitioner does not meet any of the requirements for relief under 28 U.S.C. § 2241 for federal habeas corpus relief. Petitioner's claims of unlawful imprisonment by a foreign state and that he is being held in a foreign jurisdiction in his federal habeas corpus petition do not apply because Foster is not domiciled in or a citizen of a foreign state. Petitioner's further claim that his custody is in violation of the Constitution or laws of the United States does not meet the requirement of Section 2241.

The Court has reviewed the Petitioner's objections to the Report and Recommendation which include, *inter alia*, that the Magistrate Judge committed fraud. *See* Record Document 12. The Court finds the Petitioner's objections frivolous.

Therefore, having considered the Report and Recommendation, the written objections, and after a de novo review of the record, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein.

**IT IS ORDERED** that the Petitioner's Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED** and **DISMISSSED WITH PREJUDICE**. To the extent Petitioner challenges his underlying conviction, the Petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Also before the Court is the Petitioner's Motion for Leave to File Memorandum to Cure Jurisdiction. Record Document 13. In his motion, the Petitioner asks that if the provision of 28 U.S.C. § 2241 do not provide relief, as concluded by the Magistrate Judge, that the Court consider his arguments and give "Equitable Relief of the Ancient Chancery Court." Record Document 13-1 at 1. As the Petitioner's arguments are addressed by the Report and Recommendation, his Motion for Leave to File Memorandum to Cure Jurisdiction is **DENIED**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**DONE AND SIGNED** in Shreveport, Louisiana, this 18th day of March, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**